IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. CORDE, | 1:09-cv-00841-SMS-PC |
| Plaintiff, | SECOND ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |
| vs. | |
| VICKY QUILANTAN, et al., | THIRTY DAY DEADLINE |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint initiating this action on May 12, 2009. (Doc. 1.) On June 4, 2009, plaintiff consented to Magistrate Judge jurisdiction, and no other party has appeared in this action. (Doc. 5.)

    On May 22, 2009, the court issued an order requiring plaintiff to either pay the $350.00 filing fee for this action, or submit a completed application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The Clerk sent plaintiff an application to proceed in forma pauperis to complete and return to the court. On June 4, 2009, plaintiff filed a notice to the court, indicating that he was submitting an application to proceed in forma pauperis. (Doc. 4.) However, no application was enclosed in plaintiff's envelope, and no application has been received by the court. Plaintiff shall be granted another opportunity to either submit an application or pay the filing fee.

    Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action;

2. No requests for extension of time will be granted without a showing of good cause; and

3. Failure to comply with this order will result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

**Dated:   June 11, 2009**                               /s/ Sandra M. Snyder
                                                                      UNITED STATES MAGISTRATE JUDGE