IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. CORDE, | 1:09-cv-00841 SMS (PC) |
| Plaintiff, | THIRD ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | OR PAY FILING FEE WITHIN 45 DAYS |
| VICKY QUILANTAN, et al., | ORDER DIRECTING CLERK TO SEND FORM APPLICATION TO PLAINTIFF |
| Defendants. / | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint initiating this action on May 12, 2009. Plaintiff has not paid the $350.00 filing fee, or properly submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

On May 22, 2009 and June 12, 2009, the Court issued orders directing plaintiff to complete and return an application to proceed in forma pauperis within thirty days. (Docs. 3, 6.) In both of the orders, the Court indicated that a form application was attached to the order. Plaintiff responded twice with timely submission of documents, including a copy of his prison trust account statement; however, both times plaintiff failed to return the form application required by the Court. A review of the record for this case shows that the Clerk inadvertently failed to send the form application to plaintiff. In light of these circumstances, the Court now issues a third order, with a form application attached.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action;
2. Plaintiff is not required to submit another copy of his prison trust account statement;
3. The Clerk of Court is directed to send to plaintiff a form application to proceed in forma pauperis along with this order; and
4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   June 26, 2009**                              /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE